UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| W FINANCIAL REIT, LTD, | 23-cv-3942 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| 150-152 EAST 79 LLC, ET AL., | |
| Defendants. | |

---

JOHN G. KOELTL, District Judge:

Any opposition to the motion to stay filed by the FDIC as receiver for First Republic Bank (ECF No. 3) is due on **May 26, 2023**. Any reply is due by **June 2, 2023**.

SO ORDERED.

Dated:   New York, New York
         May 12, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge