UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

W FINANCIAL REIT, LTD,

        Plaintiff,　　　　　　　23-cv-3942 (JGK)

  - against -　　　　　　　　　　ORDER

150-152 EAST 79 LLC, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties shall advise by **July 12, 2023,** whether the stay in this action (ECF No. 18) should be lifted in view of JPMorgan Chase Bank, N.A.'s substitution as a party (ECF No. 20). See Jo v. JPMC Specialty Mortg., LLC, 248 F. Supp. 3d 417, 424 (W.D.N.Y. 2017) ("[B]ecause FIRREA does not contemplate administrative review of claims that have passed to the purchasing bank, that statute does not apply to any claims assumed by JPMC through virtue of the P & A Agreement."); Fed. Hous. Fin. Agency v. JPMorgan Chase & Co., 902 F. Supp. 2d 476, 502 (S.D.N.Y. 2012) (finding FIRREA inapplicable because the liabilities at issue passed from the receiver to the defendant).

SO ORDERED.

Dated:    New York, New York
           July 7, 2023

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                      United States District Judge