```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

W FINANCIAL REIT, LTD,                    23-cv-3942 (JGK)

          Plaintiff,                   ORDER

    - against -

150-152 EAST 79 LLC, ET AL.,

          Defendants.

JOHN G. KOELTL, District Judge:

    As stated in the Court's July 12, 2023 Order (ECF No. 26), the 90-day mandatory stay of this action pursuant to 18 U.S.C. § 1821(d)(12)(B) expired on July 29, 2023. Thus, in accordance with that July 12, 2023 Order and the parties' stipulation, the Clerk is directed to **remand** this action to the Supreme Court of the State of New York, New York County. See ECF No. 26, ¶ 3.

SO ORDERED.

Dated:    New York, New York
          July 31, 2023

                                          /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge